IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3053 |
| | ) | |
| v. | ) | |
| | ) | |
| KENNETH E. WITT, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The proposal in defendant's Amended Motion to Modify Conditions of Release -- that he report "regularly" to local law enforcement to be tested for alcohol -- is not workable.

IT THEREFORE HEREBY IS ORDERED,

The motion, filing 15, and the amended motion, filing 19, are denied.

DATED this 29th day of May, 2008.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge