IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:08CR3053 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KENNETH E. WITT, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has been arrested on a warrant.

IT IS ORDERED that the defendant shall begin serving his sentence immediately. The Clerk of Court shall term the petition for action on conditions of pretrial release (filing 34). A copy of this order shall be provided to the United States Marshal's Service, counsel of record and the United States Pretrial Services Office.

August 20, 2008.                    BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge